ACCEPTED
12-14-00117-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/1/2015 3:41:55 PM
Pam Estes
CLERK

NO. 12-14-00117-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

10/1/2015 3:41:55 PM
PAM ESTES
Clerk

## IN THE COURT OF APPEALS
## FOR THE TWELFTH DISTRICT OF TEXAS
## AT TYLER, TEXAS

**AMERICAN DREAM TEAM, INC.,**
**Appellant,**

**v.**

**CITIZENS STATE BANK,**
**Appellee.**

**On Appeal from the 173rd District Court**
**Henderson, County, Texas**
**Cause No. 2012-0912**
**(Hon. Dan Moore)**

## APPELLANT'S NOTICE OF APPEARANCE OF ADDITIONAL APPELLATE COUNSEL AND DESIGNATION OF LEAD APPELLATE COUNSEL

**TO THE HONORABLE JUSTICES OF THE TWELFTH COURT OF APPEALS:**

**COMES NOW**, Appellant American Dream Team, Inc. ("Appellant"), and pursuant to rule 6.2 of the Texas Rules of Appellate Procedure, files this Notice of Appearance of Additional Appellate Counsel and Designation of Lead Appellate Counsel, and would show the Court and all counsel as follows:

**I.**

Appellant has been represented in this appeal by Mr. John Emmett, Attorney at Law, 12339 Brittany Circle, Dallas, Texas 75230.

**II.**

Appellant has retained the following additional appellate counsel to represent it in this appeal:

Diana L. Faust
diana.faust@cooperscully.com
Texas Bar No. 00793717
Kyle M. Burke
kyle.burke@cooperscully.com
Texas Bar No. 24073089
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

Appellant designates Ms. Diana L. Faust as lead appellate counsel for purposes of this appeal.

Ms. Faust, and Mr. Burke request the Court and opposing counsel add them to the list of counsel in this case who will receive notice of all pleadings, notices, orders, and other communications from the Court and from opposing counsel.

Respectfully submitted,

**COOPER & SCULLY, P.C.**


By: /s/Diana L. Faust

**DIANA L. FAUST**
diana.faust@cooperscully.com
Texas Bar No. 00793717
**KYLE M. BURKE**
kyle.burke@cooperscully.com
Texas Bar No. 24073089

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

**ATTORNEY AT LAW**
**JOHN EMMETT**
john-emmett@att.net
Texas Bar No. 06610000
12339 Brittany Circle
Dallas, Texas 75230
Telephone: (972) 851-9904
Facsimile: (972) 851-9905

**ATTORNEYS FOR APPELLANT**
**AMERICAN DREAM TEAM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Notice upon on all counsel of record, via efile, on this the 1st day of October, 2015, at the following address:

Mr. Scott A. Ritcheson                                            **VIA EFILE**
scottr@rllawfirm.net
Ritcheson, Lauffer & Vincent, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
**Counsel for Appellee**


    /s/Diana L. Faust
    **DIANA L. FAUST**